| | |
|---|---|
| 1 | ASUNCION_I.pet |
| 2 | LEONARDO M. RAPADAS<br>United States Attorney |
| 3 | MARIVIC P. DAVID<br>Assistant U.S. Attorney |
| 4 | Sirena Plaza, Suite 500<br>108 Hernan Cortez Avenue |
| 5 | Hagåtña, Guam 96910-5059<br>TEL: 472-7332 |
| 6 | FAX: 472-7215 |

**FILED**
DISTRICT COURT OF GUAM
MAY 23 2007
MARY L.M. MORAN
CLERK OF COURT

Attorney's for United States of America

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 00-00095 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | PETITION TO CHANGE RESTITUTION RECIPIENT PAYEE |
| IGNACIO ASUNCION, JR., | ) | |
| Defendant. | ) | |

### PETITION

COMES NOW the United States of America, by and through its undersigned counsel, and respectfully petitions this Court for the entry of an order changing the payee name of the restitution recipient from 36 ABW/JA to 36 WG/JA in the above entitled case and in support hereof, states as follows:

1. On March 23, 2001, sentence was imposed by this Court against Defendant IGNACIO ASUNCION, JR. Among other things, restitution in the amount of $422.00 was ordered to be paid to 36 ABW/JA, Unit 14003, Box 28, APO, AP 96543.

//
//
//

**ORIGINAL**

2. On April 30, 2007, our office received a response from the restitution recipient that the address remained the same but the payee was changed to 36 WG/JA. See attachment A.

WHEREFORE, the United States of America respectfully requests that this Court enter an order changing the restitution recipient payee from 36 ABW/JA to 36 WG/JA.

DATED this 27th day of May, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: /s/ Marivic P. David
MARIVIC P. DAVID
Assistant U.S. Attorney

Victim Restitution Confirmation/Assignment
RE: United States vs. Ignacio Asuncion, Jr., Criminal Court No. 00-00095

RETURN TO:   UNITED STATES ATTORNEY'S OFFICE
ATTN: Financial Litigation Unit
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059

___ The address listed below is correct.

36 ABW/JA
Unit 14003 Box 28
APO, AP 96543

✓ The address is incorrect. Please forward to the following address:
(maximum of 4 lines and 25 characters each line)

36 WG/JA
Unit 14003 Box 28
APO AP 96543

US Attorney's Office
Districts of Guam & NMI

APR 30 2007

Time _____
Receiving name _____
Date keyed in Dbase _____
Entered into Dbase by: _____

My tax identification number/social security number is  N/A

*With knowledge of the penalties for false statements provided by 18 U.S.C. § 1001 ($10,000 fine and/or five years imprisonment) and with knowledge that this Restitution Confirmation / Assignment is submitted by me to effect action by the U.S. Department of Justice, I certify that I believe the above statement is true.*

Lakisha Pegues
(LEGAL SIGNATURE)

Name, Title and Contact Number (Please Print)   Lakisha Pegues, TSgt, USAF
NCOIC, Claims Division
366-5394/2938

RECEIVED
MAY - 1 2007

DISTRICT COURT OF GUAM
HAGATNA, GUAM

