**ASUNCION_I.ord**

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: 472-7332
FAX: 472-7215

Attorney's for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 00-00095 |
| Plaintiff, | ) | |
| | ) | **O R D E R** |
| v. | ) | |
| | ) | Re: United States Petition to Change |
| IGNACIO ASUNCION, JR. | ) | Restitution Recipient Payee |
| Defendant. | ) | |

Based upon the Plaintiff's Petition to Change Restitution Recipient Name, the Court hereby orders the payee name of the restitution recipient changed from 36 ABW/JA to 36 WG/JA.

**IT IS SO ORDERED**.

/s/ **Frances M. Tydingco-Gatewood**
**Chief Judge**
**Dated: May 25, 2007**